## Anna Yunger, Appellant, v. Jennie E. Yunger, Appellee.

### Gen. No. 40,835.

Heard in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. Levy, Seltzer & Levy, for appellant; S. B. Rosenzweig, of counsel; Arthur Grossman, for appellee. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."